NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MESTELLE TELSAINT,                           )
                                             )
                Appellant,                   )
                                             )
v.                                           )       Case No. 2D19-4615
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____)

Opinion filed September 25, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Susan B. Maulucci,
Edward Nicholas, and Lon Arend, Judges.

Mestelle Telsaint, pro se.

PER CURIAM.

                Affirmed.

SILBERMAN, MORRIS, and SLEET, JJ., Concur.